THE PEOPLE OF THE STATE OF NEW YORK v. ANDREW ROCCO.— Motion granted as indicated in order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ATLANTIC MIDLAND CORPORATION, a Delaware Corporation, Appellant, v. JARVIS W. ROCKWELL, JR., and Others, Defendants, Impleaded with DONALD YOUNG and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of JACKIN REALTY CORPORATION, Appellant, for a Mandamus Order against JAMES J. WALKER, as Mayor of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LENA KNIGHT, Respondent, v. ALBERT MANLY KNIGHT, Appellant.— Order reversed, without costs, and motion denied. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ABRAHAM M. AVERETT, Respondent, v. BENJAMIN WINTER, INC., and Others, Appellants, Impleaded with Another, Defendant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DOROTHY H. JAKOBS, Appellant, v. NED JAKOBS, Defendant, Impleaded with MARIETTA JAKOBS, Respondent.— Order affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE A. SPIROU, Appellant, v. HOME INSURANCE COMPANY OF NEW YORK, Respondent.— Appeal dismissed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ABRAHAM MITCHELL, Appellant, against INDEPENDENT BUKARESTER SICK AID ASSOCIATION, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Arbitration of Certain Controversies between EASTON STRUCTURAL STEEL COMPANY, INC., Respondent, and EIGHTH AVENUE AND TWENTY-THIRD STREET CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of BERTAH S. ULMAN, Respondent, for an Order Permitting Her, as a Director and Stockholder, to Examine and Inspect the Books of Account, By-laws and Minutes of GROSS-ULMAN, INC., Appellant.— Order modified by allowing an alternative order of mandamus, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.